B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>DeGrazia, Angela | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Interest in DeGrazia Rentals; SSP Holdings, LLC; SSP Management, Inc; RAM Management Services, LLC; ARM Leasing, LLC;; DBA AGM Management, Inc.; AGM Holdings, LLC; Angela's Italian Beef Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>xxx-xx-6232 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>523 West 25th Place<br>Chicago, IL 60616 | ZIP CODE<br>60616-0000 | Street Address of Joint Debtor (No. & Street, City, and State): | ZIP CODE |
|---|---|---|---|

| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |
|---|---|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check **one** box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:    Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter.)

--------------------------------------------------------------

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Angela DeGrazia |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location <br> Where Filed:   - None - | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br> X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                 Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Angela DeGrazia |

## Signatures

| **Signature(s) of Debtor (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Angela DeGrazia
Signature of Debtor Angela DeGrazia

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
February 13, 2012
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

### Signature of Attorney*

X  /s/ Robert R. Benjamin
Signature of Attorney for Debtor(s)
Robert R. Benjamin 0170429
Printed Name of Attorney for Debtor(s)
Golan & Christie LLP
Firm Name
70 W. Madison
Suite 1500
Chicago, IL 60602
Address
Email:rrbenjamin@golanchristie.com
(312) 263-2300 Fax:(312) 263-0939
Telephone Number
February 13, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address
X

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Angela DeGrazia

Debtor(s)

Case No. _____

Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

    □ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    □ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    □ Active military duty in a military combat zone.

    □ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Angela DeGrazia
                          Angela DeGrazia

Date:    February 13, 2012

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Angela DeGrazia**                                                    ,        Case No. _____

                                                      Debtor

                                                                                Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,112,500.00 | | |
| B - Personal Property | Yes | 4 | 27,538.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,192,604.95 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 8,396.76 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 39 | | 2,752,128.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 10 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 2,902.48 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,850.00 |
| Total Number of Sheets of ALL Schedules | | 63 | | | |
| Total Assets | | | 1,140,038.00 | | |
| Total Liabilities | | | | 4,953,130.67 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Angela DeGrazia**                                                                    ,    Case No. _____

Debtor

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re   **Angela DeGrazia**                                              ,        Case No. _____
                                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Dwelling**<br>**523 W. 25th Place**<br>**Chicago, IL 60616** | **Tenants by Entireties** | **J** | **562,500.00** | **1,182,496.00** |
| **Condominium**<br>**9012 Cherry Oaks Trail**<br>**Naples, FL** | **Angela DeGrazia Revocable Trust** | **W** | **300,000.00** | **640,866.68** |
| **Condominium**<br>**807 W. 37th Place**<br>**Unit 2**<br>**Chicago, IL 60609** | **Fee Simple** | **W** | **250,000.00** | **340,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,112,500.00** | (Total of this page) |
| Total > | **1,112,500.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re **Angela DeGrazia**                                        , Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank<br>   Checking Account | W | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings | J | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing Apparel | J | 250.00 |
| 7. Furs and jewelry. | | Jewelry | W | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Farmers New World Life Insurance Co.<br>   1,000,000.00 universal policy | - | 750.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 4,500.00 |
|---|---|---|
|  | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Angela DeGrazia**                                                          ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 70% SSP Holdings, LLC | - | 0.00 |
| | | 70% SSP Management, Inc. | - | 0.00 |
| | | 50% RAM Management Services, LLC | - | 0.00 |
| | | 50% ARM Leasing, LLC | - | 0.00 |
| | | 50% AGM Management, Inc. | - | 0.00 |
| | | 60% AGM Holdings, LLC | - | 0.00 |
| | | 100% Angela's Beef Inc. | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | d/b/a DeGrazia Rentals | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >      0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Angela DeGrazia**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 GMC Yukon** | J | 23,038.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >        **23,038.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Angela DeGrazia**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 27,538.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re   **Angela DeGrazia**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                        *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single Family Dwelling** | **735 ILCS 5/12-112 Tenants by the** | **562,500.00** | **562,500.00** |
| **523 W. 25th Place** | **Entirety** | | |
| **Chicago, IL 60616** | **735 ILCS 5/12-901** | **15,000.00** | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishings** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **250.00** | **250.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Jewelry** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Farmers New World Life Insurance Co.** | **735 ILCS 5/12-1001(h)(3)** | **750.00** | **750.00** |
| **1,000,000.00 universal policy** | | | |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 GMC Yukon** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **23,038.00** |

|  | Total: | **584,400.00** | **590,038.00** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Angela DeGrazia**                                                                , Case No. _____

                                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **154913433782** | | | Auto Loan | | | | | |
| **Ally Financial** P.O. Box 380902 Bloomington, MN 55438 | | J | 2008 GMC Yukon | | X | | | |
| | | | Value $          23,038.00 | | | | 29,242.27 | 6,204.27 |
| Account No. **146914352** | | | Condominium 807 W. 37th Place Unit 2 Chicago, IL 60609 | | | | | |
| **BAC Home Loans Servicing, LP** P.O. Box 5170650225 Simi Valley, CA 93062 | | W | | | X | | | |
| | | | Value $        250,000.00 | | | | 340,000.00 | 90,000.00 |
| Account No. **00617255500** | | | Second Mortgage Single Family Dwelling 523 W. 25th Place Chicago, IL 60616 | | | | | |
| **Bridgeview Bank Group** 4753 N. Broadway Chicago, IL 60640 | | - | | | X | | | |
| | | | Value $        562,500.00 | | | | 828,280.00 | 80,496.00 |
| Account No. **0673867933** | | | First Mortgage Single Family Dwelling 523 W. 25th Place Chicago, IL 60616 | | | | | |
| **Chase Home Finance** P.O. Box 24696 Columbus, OH 43224 | | J | | | X | | | |
| | | | Value $        562,500.00 | | | | 354,216.00 | 0.00 |

__1__  continuation sheets attached

Subtotal
(Total of this page)      |  1,551,738.27  |  176,700.27

B6D (Official Form 6D) (12/07) - Cont.

In re   **Angela DeGrazia**                                                                                  ,          Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No.<br><br>**Cranberry Crossing Village Assoc.**<br>**c/o Cardinal Management Group, Inc**<br>**4670 Cardinal Way, Ste 302**<br>**Naples, FL 34112** | - | | | **04/01/10 - 01/01/11**<br><br>**Assessments**<br><br>**Condominium**<br>**9012 Cherry Oaks Trail**<br>**Naples, FL**<br><br>Value $           **300,000.00** | | | | **3,866.68** | **3,866.68** |
| Account No. **1000017149**<br><br>**PennyMac**<br>**P.O. Box 514387**<br>**Los Angeles, CA 90051** | W | | | **First Mortgage**<br><br>**Condominium**<br>**9012 Cherry Oaks Trail**<br>**Naples, FL**<br><br>Value $           **300,000.00** | | | X | **637,000.00** | **337,000.00** |
| Account No. | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | <br><br><br><br>Value $ | | | | | |

Sheet ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **640,866.68** | **340,866.68** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **2,192,604.95** | **517,566.95** |

B6E (Official Form 6E) (4/10)

.

In re    **Angela DeGrazia**
_____,    Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**2**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Angela DeGrazia**                                        ,        Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Security Deposit** <br><br> **David O'Connor** <br> **1427 East 60th Street** <br> **Chicago, IL 60637** | - | | **Security Deposit for 974 W 35th Place, Unit 505, Chicago, IL 60609** | | | | **1,250.00** | **0.00** | **1,250.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**   of  **2**    continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

|  | Subtotal | AMOUNT NOT ENTITLED | AMOUNT ENTITLED |
|---|---|---|---|
| | | **0.00** | |
| | **1,250.00** | | **1,250.00** |

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Angela DeGrazia**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **32-43-303-2642** <br><br> **Collier County Taxing Authorities** <br> **3950 Radio Road** <br> **Naples, FL 34104-3750** | | - | Property Taxes for 9012 Cherry Oaks Trail | | | | **3,991.10** | **3,991.10** <br> **0.00** |
| Account No. **17-32-402-026-1038** <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112** <br> **Chicago, IL 60602** | | - | Property Taxes for 974 W. 35th Place | | | | **3,055.66** | **131.58** <br> **2,924.08** |
| Account No. **347389** <br><br> **Department of Business Affairs** <br> **City Hall, Rm 800** <br> **121 N. LaSalle** <br> **Chicago, IL 60602** | X | - | Re-inspection Fees, Contingent Corporate Obligation | X | | | **100.00** | **0.00** <br> **100.00** |
| Account No. **27-0878809** <br><br> **Illinois Department of Revenue** <br> **Bankruptcy Section Level 7-425** <br> **100 W. Randolph Street** <br> **Chicago, IL 60602** | X | - | 12/09-8/11 <br><br> Contingent Corporate Obligation | X | | | **Unknown** | **Unknown** <br> **0.00** |
| Account No. | | | | | | | | |

Sheet __2__ of __2__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **4,122.68** <br> **7,146.76** | **3,024.08** |
| Total <br> (Report on Summary of Schedules) | **4,122.68** <br> **8,396.76** | **4,274.08** |

B6F (Official Form 6F) (12/07)

In re    **Angela DeGrazia**                                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **CMOR005-61022**<br><br>**974 Condominium Association**<br>**c/o Michelle Stephens, President**<br>**974 W. 35th Place, Unit 303**<br>**Chicago, IL 60616** | | - | | **3/09-6/10**<br>**Condo Association Assessments** | | | | **4,732.23** |
| Account No.<br><br>**Abatement Management, Inc**<br>**6990 State Route 111**<br>**South Roxana, IL 62087** | X | - | | **Lawsuit (Madison County, IL) Contingent Corporate Obligation 09-CH-91** | | X | | **Unknown** |
| Account No.<br><br>**Accurate Computer Consulting, Inc.**<br>**1 Old Oak Trail**<br>**Palos Heights, IL 60463** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | **875.00** |
| Account No.<br><br>**Accurate Computer Consulting, Inc.**<br>**1 Old Oak Trail**<br>**Palos Heights, IL 60463** | | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | **449.34** |
| | | | | Subtotal<br>(Total of this page) | | | | **6,056.57** |

__38__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                                    ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Services (Contingent Corporate Obligation) | | | | |
| **Acton Mobile Industries** **P.O. Box 758689** **Baltimore, MD 21275-8689** | X | - | | X | | | 65.80 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **AEW** **558 W 37th St. PMB 300** **Chicago, IL 60609** | X | - | | X | | | 2,216.43 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Airgas Mid America** **PO Box 802615** **Chicago, IL 60680-2615** | X | - | | X | | | 21,591.51 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Al Warren Oil Co.** **P.O. Box 40** **Summit Argo, IL 60501** | | - | | | | | 3,557.49 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Alliance Environmental Control** **P.O. Box 5230** **Chicago, IL 60616** | X | - | | X | | | 9,475.00 |

Sheet no. __1__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **36,906.23**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                  ,      Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Alliance Environmental Control** <br> **P.O. Box 5230** <br> **Chicago, IL 60616** | | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 5,425.00 |
| Account No. <br><br> **Alliance Environmental Control** <br> **P.O. Box 5230** <br> **Chicago, IL 60616** | | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 1,740.00 |
| Account No. **0000110690** <br><br> **Alpha Baking Company** <br> **36230 Treasury Center** <br> **Chicago, IL 60694** | | - | | **Goods and Services (Contingent Corporate Obligation)** | | | | 574.13 |
| Account No. <br><br> **Alpha Environmental** <br> **5 Pembroke Circle** <br> **Streamwood, IL 60107** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 4,665.00 |
| Account No. <br><br> **Alpha Environmental** <br> **5 Pembroke Circle** <br> **Streamwood, IL 60107** | | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 13,309.50 |

Sheet no. __2__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal         25,713.63
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Alpha Environmental 5 Pembroke Circle Streamwood, IL 60107** | | - | | | | X | | |
| | | | | | | | | 6,018.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Alpha Environmental 5 Pembroke Circle Streamwood, IL 60107** | | - | | | | X | | |
| | | | | | | | | 27,976.11 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Alpha Environmental 5 Pembroke Circle Streamwood, IL 60107** | | - | | | | X | | |
| | | | | | | | | 1,550.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **American Truck Products & Asses. P.O. Box 701 Chicago Heights, IL 60412** | X | - | | | | X | | |
| | | | | | | | | 262.94 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Amerisafe 3990 Enterprise Court Aurora, IL 60504** | X | - | | | | X | | |
| | | | | | | | | 1,072.54 |

Sheet no. __3__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  **36,879.59**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Angela DeGrazia**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**Amor Perez**<br>**9419 Southmoor Ave Apt. 17**<br>**Highland, IN 46322** | X | - | | | **Reimbursement for Expenses (Contingent corporate obligation)** | X | | | 480.77 |
| Account No. **773 283 1252 050 2** <br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | - | | | **Services: 6759 W Forest Preserve Dr (Contingent Corporate Obligation)** | X | | | 55.45 |
| Account No. **773 545 8351 392 5** <br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | - | | | **Services: 6759 W Forest Preserve Dr (Contingent Corporate Obligation)** | X | | | 123.04 |
| Account No. <br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | - | | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 15.00 |
| Account No. <br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | - | | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 44.85 |

Sheet no. __4___ of __38__ sheets attached to Schedule of                    Subtotal                        719.11
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                                ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **773 846 0688 459 5**<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | - | | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 439.23 |
| Account No.<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | - | | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 232.30 |
| Account No.<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | | - | | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 141.64 |
| Account No. **Acct #** _____<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | - | | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 331.07 |
| Account No. **7732542333940**<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | - | | | **Contingent Corporate Obligation** | | X | | 280.58 |

Sheet no. __**5**___ of __**38**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,424.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **Angela DeGrazia** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**B & H Industries**<br>**80 W. Seegers Rd.**<br>**Arlington Heights, IL 60005** | | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 59.85 |
| Account No.<br><br>**B & R Welding Company**<br>**375 E. 60th Street**<br>**Chicago, IL 60637** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 9,489.00 |
| Account No.<br><br>**Barbaro Construction Co., Inc.**<br>**2453 S. Archer., Suite C**<br>**Chicago, IL 60616** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 55,700.00 |
| Account No.<br><br>**Belmont Bank**<br>**c/o Gomberg & Sharfman Ltd.**<br>**208 S. LaSalle**<br>**Chicago, IL 60604** | X | - | **Lawsuit- Mortgage Foreclosure**<br>**10 CH 28400** | | X | X | 550,000.00 |
| Account No.<br><br>**Caterpillar Financial Services Corp**<br>**P.O. Box 730669**<br>**Dallas, TX 75373-0669** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 85,100.00 |

Sheet no. __6___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 700,348.85 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5417-1226-6513-9059**<br><br>**Chase**<br>**Cardmember Service**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | - | **Goods and Services** | | | | **40,000.00** |
| Account No.<br><br>**Chase Home Finance LLC**<br>**c/o FANDRE SCOTT J**<br>**171 N CLARK ST**<br>**Chicago, IL 60601** | | - | **Lawsuit- Mortgage Foreclosure  (Contingent Corp Obligation)   08 CH 28805** | X | X | X | **Unknown** |
| Account No.<br><br>**Chicago Carpet Center, Inc.**<br>**1550 W. PERSHING ROAD**<br>**P. O. BOX 09730**<br>**Chicago, IL 60608** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | **1,250.00** |
| Account No.<br><br>**Chicago Community Bank**<br>**c/o MARTIN & KARCAZES LTD**<br>**161 N.CLARK ST. SUITE 550**<br>**Chicago, IL 60601** | | - | **Lawsuit- Mortgage Foreclosure   09 CH 47952** | | X | X | **Unknown** |
| Account No.<br><br>**Chicago Community Bank**<br>**c/o  MARTIN & KARCAZES LTD**<br>**161 N.CLARK ST. SUITE 550**<br>**Chicago, IL 60601** | | - | **Lawsuit- Mortgage Foreclosure   10 CH 09237** | | X | X | **Unknown** |

Sheet no. __**7**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**41,250.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**
_____,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Chicago Messenger Service**<br>**1600 S. Ashland Ave.**<br>**Chicago, IL 60608-2013** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | **41.74** |
| Account No. **AHB100** <br><br>**Christ Panos Foods**<br>**817 W 21st Street**<br>**Chicago, IL 60608** | X | - | | **Goods and Services (Contingent Corporate Obligation)** | X | | | **500.00** |
| Account No. <br><br>**CitiMortgage**<br>**c/o Codilis & Associates, P.C.**<br>**15 W. 030 North Frontage Rd, Ste 10**<br>**Willowbrook, IL 60527** | X | - | | **Lawsuit- Mortgage Foreclosure**<br>**10 CH 007004** | X | | | **Unknown** |
| Account No. <br><br>**CitiMortgage, Inc.**<br>**c/o Codillis and Associates**<br>**15W030N Frontage Road, Suite 100**<br>**Burr Ridge, IL 60527** | | - | | **Deficency after sale of foreclosed property at 974 W. 35th Place, Unit 505 Chicago, IL** | | | | **65,941.08** |
| Account No. <br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** | | - | | **Fines and Violations (Contingent corporate obligation)** | X | | | **1,452.00** |

Sheet no. __8___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**67,934.82**

B6F (Official Form 6F) (12/07) - Cont.

In re **Angela DeGrazia**                                     , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> City of Chicago <br> Department of Revenue <br> 121 North LaSalle St. Room 107 <br> Chicago, IL 60602 | | - | Tickets and violations (Contingent Corporate Obligation) | X | | | 1,380.00 |
| Account No. <br><br> City of Chicago <br> Department of Revenue <br> 121 North LaSalle St. Room 107 <br> Chicago, IL 60602 | X | - | Fines and Violations (Contingent Corporate Obligation) | X | | | 100.00 |
| Account No. <br><br> City of Chicago <br> Business Affairs <br> 121 North LaSalle St. Room 800 <br> Chicago, IL 60602 | | - | Goods and Service (Contingent Corporate Obligation) | X | | | 125.00 |
| Account No. <br><br> City of Chicago <br> Department of Revenue <br> 121 North LaSalle St. Room 107 <br> Chicago, IL 60602 | | - | Violations (Contingent Corporate Obligation) | X | | | 1,540.00 |
| Account No. <br><br> City of Chicago <br> Department of Revenue <br> 121 North LaSalle St. Room 107 <br> Chicago, IL 60602 | | - | Environmental Tickets (Contingent Corporate Obligation) | X | | | 1,340.00 |

Sheet no. _9_ of _38_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **4,485.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Fines and Violations | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | - | | | X | | | 390.00 |
| Account No. | | | Violations (Contingent Corporate Obligation) | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | - | | | X | | | 15,929.00 |
| Account No. | | | Violations and fees (Contingent Corporate Obligation) | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | - | | | X | | | 1,643.43 |
| Account No. | | | Collection   (Contingent Corporate Obligation) BSW 0305948 | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | - | | | X | | X | 1,070.45 |
| Account No. | | | Lawsuit/Administrative Complaint (Contingent Corporate Obligation) 508T0190723 | | | | |
| City of Chicago Department of Buildings 120 North Rachine Ave Chicago, IL 60607 | | | | X | X | X | Unknown |

Sheet no. __10__ of __38__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)          19,032.88

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                                    ,                   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **City of Chicago** <br> **Department of Revenue** <br> **121 North LaSalle St. Room 107** <br> **Chicago, IL 60602** | | - | **Lawsuit- Municiple Code Violation** <br> **(Contingent Corp. Obligation)   09 BS 1037A** | X | X | X | 1,040.00 |
| Account No. **Citation # S000287515** <br><br> **City of Chicago** <br> **Department of Revenue** <br> **121 North LaSalle St. Room 107** <br> **Chicago, IL 60602** | | - | **Corporate Obligation** | X | | | 340.50 |
| Account No. **347389** <br><br> **City of Chicago** <br> **Department of Revenue** <br> **121 North LaSalle St. Room 107** <br> **Chicago, IL 60602** | X | - | **Inspection Costs** | | | | 150.00 |
| Account No. **806668-615233** <br><br> **City of Chicago- Water Management** <br> **333 S State Street** <br> **Customer Service, Suite LL10** <br> **Chicago, IL 60602** | | - | **Services: 3742 S Halsted St, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 18.43 |
| Account No. **834250615234** <br><br> **City of Chicago- Water Management** <br> **333 S State Street** <br> **Customer Service, Suite LL10** <br> **Chicago, IL 60602** | | - | **Goods and Services** <br> **3744 S. Halsted St. Chicago IL** | | | | 429.23 |

Sheet no. __11__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,978.16

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **101891** | | | Club dues for Naples Condominium | | | | |
| **Club & Spa @ Fiddler's Creek 3470 Club Center Blvd Naples, FL 34114** | - | | | | | | |
| | | | | | | | 3,983.58 |
| Account No. **53969739** | | | Goods and Services | | | | |
| **Collier County Public Utilities Division 4420 Mercantile Ave Naples, FL 34104** | - | | | | | | |
| | | | | | | | 175.00 |
| Account No. **7318579053** | | | Contingent Corporate Obligation | | | | |
| **Com Ed P.O. Box 6111 Carol Stream, IL 60197-6111** | - | | | | | | |
| | | | | | | | 1,963.66 |
| Account No. | | | Breach of Contract    (Contingent Corporate Obligation)   09 M1 112085 | | | | |
| **Commonwealth Edison Company c/o COMMONWEALTH EDISON CLAIM THREE LINCOLN CENTER Villa Park, IL 60181** | - | | | X | X | X | |
| | | | | | | | 28,373.12 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **CommRaider 9701 S. Keen Ave Palos Hills, IL 60465** | - | | | X | | | |
| | | | | | | | 2,914.77 |

Sheet no. __**12**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 37,410.13 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                      ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Commraider**<br>**c/o ADLER ARTHUR B & ASSOC**<br>**25 E WASHINGTON #500**<br>**Chicago, IL 60602** | X | - | Lawsuit- Breach of Contract   (Contingent Corporate Obligation)  10 M1 131297 | X | X | X | 2,914.17 |
| Account No.<br><br>**Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |  | - | Goods and Service (Contingent Corporate Obligation) | X |  |  | 63,796.80 |
| Account No.<br><br>**Contractors Access Equipment**<br>**2222 South Halsted St.**<br>**Chicago, IL 60608** | X | - | Goods and Service (Contingent Corporate Obligation) | X |  |  | 1,450.00 |
| Account No.<br><br>**Convention Center Drive, LLC**<br>**600 W. Jackson Street**<br>**Suite 275**<br>**Chicago, IL 60661** | X | - | Lease- 3001 S. Archer Ave |  |  |  | 79,200.00 |
| Account No.<br><br>**D&M Rolloff Inc.**<br>**P.O. Box 95335**<br>**Palatine, IL 60095** | X | - | Goods and Service (Contingent Corporate Obligation) | X |  |  | 1,780.00 |

Sheet no. __13__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **149,140.97**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**DeBat Media**<br>**P.O. Box 578309**<br>**Chicago, IL 60657-8309** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,500.00 |
| Account No.<br><br>**Eddie's Welding Equipment**<br>**2719 Fifth Street, Unit J**<br>**Stafford, TX 77477** | X | - | | **Goods and Services (Contingent Corporate Obligation)** | X | | | 711.16 |
| Account No.<br><br>**Empire Cooler Services, Inc.**<br>**940 W. Chicago Ave.**<br>**Chicago, IL 60622** | X | - | | **Guarantor of Corporate Debt** | | X | | 3,730.20 |
| Account No.  **Patient No: 17513**<br><br>**Eugene Pergament MD**<br>**680 N. Lake Shore Drive**<br>**STE 1230**<br>**Chicago, IL 60611** | | - | | 10/12/10<br>**Medical Services** | | | | 1,475.00 |
| Account No.<br><br>**Everlights**<br>**231267 Momentum Place**<br>**Chicago, IL 60689-5311** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,583.29 |

Sheet no. __**14**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,999.65

B6F (Official Form 6F) (12/07) - Cont.

In re __Angela DeGrazia_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Exodus 6659 Sturbridge PL. Youngstown, OH 44514 | X | - | | | X | | | |
| | | | | | | | | 10,503.09 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Extreme Guard & K-9 Security, Inc. 2925 225th Street Chicago Heights, IL 60411 | X | - | | | X | | | |
| | | | | | | | | 5,500.00 |
| Account No. | | | | 9012 Cherry Oaks Trail Lot 31 Lien | | | | |
| Fiddler's Creek Foundation, Inc. 3470 Club Center Blvd Naples, FL 34114 | | - | | | | | | |
| | | | | | | | | 1,892.32 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| First Insurance Funding 8075 Innovation Way Chicago, IL 60682 | | - | | | | X | | |
| | | | | | | | | 12,131.70 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Frontier Hauling LLC P.O. Box 190815 Saint Louis, MO 63119 | X | - | | | | X | | |
| | | | | | | | | 424.50 |

Sheet no. __15__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,451.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                                                    , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Genesis Attachments LLC**<br>**24124 Network Place**<br>**Chicago, IL 60673-1241** | | - | **Goods and Service (Contingent Corporate Obligation)** | | X | | 1,589.82 |
| Account No. **RAM0002**<br><br>**Genesis Attachments, LLC**<br>**24124 Network Place**<br>**Chicago, IL 60673** | X | - | **Goods and Services** | | | | 283.33 |
| Account No. **003056467-05-0000**<br><br>**Genzyme Genetics**<br>**3400 Computer Drive**<br>**Westborough, MA 01581** | | - | **09/23/10**<br>**Medical Services** | | | | 1,372.83 |
| Account No. **12378991**<br><br>**Genzyme Genetics**<br>**833 Chestnut East**<br>**Suite 1250**<br>**Philadelphia, PA 19107** | | - | **Medical Services** | | | | 1,373.00 |
| Account No. **G040810-22-2146-S**<br><br>**Gonnella Baking Co.**<br>**c/o Mages & Price**<br>**707 Lake Cook Road, Suite 314**<br>**Deerfield, IL 60015** | X | - | **Goods and Services (Contingent Corporate Obligation)** | | | | 362.10 |

Sheet no. __16__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,981.08

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Great Lakes Equipment Co. P.O. Box 1331 Elmhurst, IL 60126-8331** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,440.60 |
| Account No.  **Green Investment Group, Inc c/o Edward Eshoo 500 N Dearborn Ste 1200 Chicago, IL 60654** | X | - | **Lawsuit- Breach of Contract   (Contingent Corporate Obligation)   10 L 00850 (Madison County)** | X | X | X | 50,001.00 |
| Account No.  **Helders Motor Service Co. 3201 S. Kostner Ave Chicago, IL 60623** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 3,828.50 |
| Account No.  **Helson's Garage Door Store, Ltd. 5737 S. Harlem Ave Chicago, IL 60638** | | J | **Goods and Service (Contingent Corporate Obligation)** | X | | | 543.00 |
| Account No.  **Hertz Equipment Rental Corporation P.O. Box 650280 Dallas, TX 75265-0280** | X | - | **Equipment rental (Contingent Corporate Obligation)** | | | | 10,000.00 |

Sheet no. __17__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,813.10

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                                              ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Hertz Equipment Rental Corporation P.O. Box 650280 Dallas, TX 75265-0280 | X | - | | X | | | 1,253.85 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Hertz Equipment Rental Corporation P.O. Box 650280 Dallas, TX 75265-0280 | | - | | X | | | 22.98 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Holiday Inn 3800 Homer Adams Parkway Alton, IL 62002 | X | - | | X | | | 5,087.58 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Hydraulic Design & Repair 110 S. Broad Street Griffith, IN 46319 | X | - | | X | | | 25.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Ice Mountain P.O. Box 52214 Phoenix, AZ 85072-2214 | | - | | X | | | 148.05 |

Sheet no. __18__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,537.46

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                          ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Ice Mountain P.O. Box 52214 Phoenix, AZ 85072-2214 | X | - | | | | X | | | 94.64 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Ice Mountain P.O. Box 52214 Phoenix, AZ 85072-2214 | | - | | | | X | | | 15.70 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Ice Mountain P.O. Box 52214 Phoenix, AZ 85072-2214 | | - | | | | X | | | 5.05 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Illinois American Water PO Box 94551 Palatine, IL 60094-4551 | X | - | | | | X | | | 1,519.81 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Illinois Tollway P.O. Box 5201 Lisle, IL 60532-5201 | | - | | | | | | | 259.00 |

Sheet no. __19__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            **1,894.20**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Ilmo Products Company**<br>**PO Box 790**<br>**Jacksonville, IL 62651-0790** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 993.56 |
| Account No.<br><br>**Independant Recyling Services**<br>**Dept CH 17514**<br>**Palatine, IL 60055** | | - | | **Contingent Corporate Obligation** | | X | | 327.75 |
| Account No.<br><br>**J.L. Nash Enterprises Inc.**<br>**PO Box 130**<br>**Jerseyville, IL 62052** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 4,280.00 |
| Account No.<br><br>**John Heating Inc.**<br>**2940 S Wentworth**<br>**Chicago, IL 60616** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 5,000.00 |
| Account No.<br><br>**John's Heating, Inc**<br>**2940 S. Wentworth**<br>**Chicago, IL 60616-2715** | | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 18,000.00 |

Sheet no. __20__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,601.31

B6F (Official Form 6F) (12/07) - Cont.

In re **Angela DeGrazia** _____,      Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Kostova Properties 3224 Locust #555 Saint Louis, MO 63103 | X | - | | | | X | | | |
| | | | | | | | | | 1,845.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Kuhn Equipment 1050 Drop Off Drive Summerville, SC 29483 | X | - | | | | X | | | |
| | | | | | | | | | 54,407.22 |
| Account No. | | | | | Lawsuit- Mechanic Lien    10 CH 28883 | | | | |
| Kuhn Equipment Sales Co, Inc c/o EMALFARB SWAN & BAIN 440 CENTRAL AV. Highland Park, IL 60035 | X | - | | | | | | | |
| | | | | | | | | | 649,333.36 |
| Account No. | | | | | Lawsuit- Breach of Contract  (Contingent Corporate Obligation)   09 cv 5081 | | | | |
| Laborer's Pension Fund c/o Office of Fund Counsel 111 West Jackson Blvd. #1415 Chicago, IL 60604 | X | - | | | | X | | X | |
| | | | | | | | | | 28,976.24 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Landstar Inway, Inc. 12793 Collections Ctr Dr Chicago, IL 60693 | X | - | | | | X | | | |
| | | | | | | | | | 3,800.00 |

Sheet no. __21__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

738,361.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lee Mechanical Contractors** <br> **P.O. Box 663** <br> **Park Hills, MO 63601** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | **8,153.62** |
| Account No. <br><br> **Local 150** <br> **6200 Joliet Road** <br> **Countryside, IL 60525** | | - | | **Previous Payment Agreement (Contingent Corporate Obligation)** | X | | | **Unknown** |
| Account No. <br><br> **Local 150:Pension, Welfare & Fringe** <br> **6200 Joliet Road** <br> **Countryside, IL 60525** | X | - | | **Union Dues (Contingent Corporate Obligation)** | X | | | **44,636.77** |
| Account No. <br><br> **Local 520:Pension, Welfare & Fringe** <br> **520 Engineers Road** <br> **Granite City, IL 62040** | X | - | | **Union Dues (Contingent Corporate Obligation)** | | | | **29,472.07** |
| Account No. <br><br> **Lou-Bob Oil Company** <br> **c/o POPUCH STEVEN L** <br> **650 N DEARBORN#750** <br> **Chicago, IL 60610** | X | - | | **Lawsuit- Breach of Contract  09 M1 108181 (Contingent Corporate Obligation)** | | X | X | **4,255.75** |

Sheet no. __22__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**86,518.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                                    , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **43-736-398-665-0** <br><br> **Macy's** <br> **P.O. Box 689195** <br> **Des Moines, IA 50368-9195** | | - | **Goods & Services** | | | | **1,030.08** |
| Account No. **363-2646** <br><br> **Macy's** <br> **P.O. Box 183083** <br> **Columbus, OH 43218-3083** | | - | **Goods and Services** | | | | **1,030.00** |
| Account No. **0004911** <br><br> **Maestranzi Brothers Cutlery** <br> **4715 N. Ronald St** <br> **Harwood Heights, IL 60706** | X | - | **01/15/10** <br> **Goods and Services** | X | | | **144.00** |
| Account No. <br><br> **Master Fence** <br> **3745 Cooper Place** <br> **Crete, IL 60417** | X | - | **Goods and Services (Contingent Corporate Obligation)** | X | | | **450.00** |
| Account No. <br><br> **McAllister Equipment Co.** <br> **12500 S Cicero Ave** <br> **Alsip, IL 60803** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | **253.90** |

| Sheet no. __23__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **2,907.98** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                    ,         Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| McAllister Equipment Co. 12500 S Cicero Ave Alsip, IL 60803 | | - | | | | X | | |
| | | | | | | | | 1,830.71 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Metro Fence Company 3617 West 83rd Street Chicago, IL 60652 | X | - | | | | X | | |
| | | | | | | | | 1,629.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Metro Fence Company 3617 West 83rd Street Chicago, IL 60652 | | - | | | | X | | |
| | | | | | | | | 200.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Metro Fence Company 3617 West 83rd Street Chicago, IL 60652 | | - | | | | X | | |
| | | | | | | | | 686.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Midwest Material Mgt 566 Rock Road Drive, Unit 1 Dundee, IL 60118 | X | - | | | | X | | |
| | | | | | | | | 73,800.00 |

Sheet no. __24__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

78,145.71

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                              ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contingent Corporate Obligation | | | | |
| **Moestranzi Brothers** **4715 N. Ronald St.** **Harwood Heights, IL 60706** | X | - | | | X | | 144.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Morningfields** **800 W Devon** **Park Ridge, IL 60068** | X | - | | X | | | 189.72 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **NAI Hiffman** **Attention: Douglas Mueller** **One Oakbrook Terrace, Suite 600** **Oak Brook Terrace, IL 60181** | X | - | | X | | | 39,845.26 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **NCCI- Illinois** **1374 Vos Court** **Antioch, IL 60002-2746** | X | - | | X | | | 1,165.00 |
| Account No. 411789299 | | | Goods & Services | | | | |
| **Neiman Marcus** **P.O. Box 5235** **Carol Stream, IL 60197-5235** | | - | | | | | 711.71 |

Sheet no. __25__ of __38__ sheets attached to Schedule of                     Subtotal                | 42,055.69 |
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                                    ,        Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **11975872** | | - | | **Goods and Services** | | | | |
| Neiman Marcus P.O. Box 5235 Carol Stream, IL 60197-5235 | | | | | | | | 761.44 |
| Account No. **4266-3850-3029-8560** | | - | | **Goods and Services** | | | | |
| Nordstom Bank Colorado Service Center P.O. Box 6555 Englewood, CO 80155-6555 | | | | | | | | 620.00 |
| Account No. **224712323-001** | | - | | **04/08/11 - 04/10/11** **Medical Services for Anthony Degrazia** | | | | |
| Northwest Memorial Hospital PO Box 73690 Chicago, IL 60673-7690 | | | | | | | | 769.00 |
| Account No. **224712315-001** | | - | | **04/08/11 - 04/10/11** **Medical Services for Angela** | | | | |
| Northwest Memorial Hospital PO Box 79690 Chicago, IL 60673 | | | | | | | | 13,735.03 |
| Account No. | X | - | | **Tickets and violations (Contingent Corporate obligation)** | X | | | |
| Office of Circuit Court Clerk Judicial Office Facility 505 County Farm Road Wheaton, IL 60187 | | | | | | | | 1,870.00 |

| | | |
|---|---|---|
| Sheet no. __26__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 17,755.47 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                      ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Osco Fuel** **P.O. box 70** **Lemont, IL 60439-0070** | X | - | | X | | | 72.63 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Osco Incorporated** **13351 Main Street** **Lemont, IL 60439** | | - | | X | | | 379.98 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Patten Industries** **635 W Lake Street** **Elmhurst, IL 60126-1465** | X | - | | X | | | 35,243.81 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Paul Woznicki, L.L.C.** **221 N. LaSalle Street, 38th Floor** **Chicago, IL 60601** | X | - | | X | | | 2,000.00 |
| Account No. 13363591 | | | Medical Services | | | | |
| **Pediatric Faculty Foundation** **2300 N Childrens Plz # 4** **Chicago, IL 60614-3363** | | - | | | | | 71.00 |

Sheet no. __27__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **37,767.42**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                     ,       Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **2500055662782**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | | **Contingent Corporate Obligation** | | | | 835.91 |
| Account No.<br><br>**PFS Wright LLC**<br>**Stahl's Fund, Attn: Jeffrey J Stahl**<br>**55 W. Monroe St, Ste. 1200**<br>**Chicago, IL 60603** | X | - | | **Contingent Corporate Obligation** | | X | | 150,000.00 |
| Account No.<br><br>**Pirtek**<br>**1916 Woodson Road**<br>**Saint Louis, MO 63114** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 6,937.17 |
| Account No.<br><br>**Pit Stop**<br>**2351 Powis Road**<br>**West Chicago, IL 60185** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 3,527.14 |
| Account No.<br><br>**Pitney Bowes**<br>**Equipment Lease-Mail Machines**<br>**PO Box 856390**<br>**Louisville, KY 40285** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 825.93 |

Sheet no. __28__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

162,126.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Angela DeGrazia**                                                                    ,        Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | **Goods and Service (Contingent Corporate Obligation)** | | | | |
| **Pitney Bowes** **Equipment Lease-Mail Machines** **PO Box 856390** **Louisville, KY 40285** | | - | | | | X | | 115.39 |
| Account No. | | | | **Goods and Service (Contingent Corporate Obligation)** | | | | |
| **Plante & Moran, PLLC** **225 W. Washington Street** **Suite 2700** **Chicago, IL 60606** | | - | | | | X | | 1,000.00 |
| Account No. | | | | **Goods and Service (Contingent Corporate Obligation)** | | | | |
| **Premium Trust Acct.** **P.O. Box 740042** **Atlanta, GA 30374-0042** | X | - | | | | X | | 20,894.20 |
| Account No. | | | | **Goods and Service (Contingent Corporate Obligation)** | | | | |
| **Professional Ins. Services** **3525 W. Peterson Ave Ste 601** **Chicago, IL 60659-9954** | X | - | | | | X | | 4,923.00 |
| Account No. | | | | **Goods and Service (Contingent Corporate Obligation)** | | | | |
| **Progressive Insurance** **PO Box 30108** **Tampa, FL 33630-3108** | X | - | | | | X | | 685.50 |

Sheet no. __**29**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,618.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Progressive Insurance PO Box 30108 Tampa, FL 33630-3108 | | - | | | X | | | |
| | | | | | | | | 402.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Purchase Power PO BOX 856042 Louisville, KY 40285-6042 | X | - | | | X | | | |
| | | | | | | | | 208.99 |
| Account No. | | | | Lawsuit- Premises Liability   08 L 012456 | | | | |
| Ramone L Davis c/o KAVATHAS & CASTANES 33 N DEARBORN Chicago, IL 60602 | | - | | | | X | X | |
| | | | | | | | | 50,001.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Rapid Recovery -CHI 8971 W. Bloomfield Road Peoria, AZ 85381 | X | - | | | X | | | |
| | | | | | | | | 3,823.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Rex Radiator 1440 West 38th Street Chicago, IL 60609-2114 | X | - | | | X | | | |
| | | | | | | | | 2,800.00 |

Sheet no. __30__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,234.99

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                      ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Ricoh Americas Corporation Lease Administration 1000 Omega Dr Ste 1170 Pittsburgh, PA 15250-7992 | X | - | | | X | | | |
| | | | | | | | | 1,931.09 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Roland Machinery Co. NW 7899, P.O. Box 1450 Minneapolis, MN 55485-7899 | X | - | | | X | | | |
| | | | | | | | | 959.89 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Rose Pest Solutions 1809 W. North Ave Chicago, IL 60622-1307 | X | - | | | X | | | |
| | | | | | | | | 302.51 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| RSI Recyling Systems, Inc. 3152 S California Chicago, IL 60609 | X | - | | | X | | | |
| | | | | | | | | 8,662.48 |
| Account No. 58770 | | | | Medical Services | | | | |
| Rudy Sabbagha 680 Lake Shore Drive, Suite 1430 Chicago, IL 60611 | | - | | | | | | |
| | | | | | | | | 2,014.51 |

| Sheet no. __31__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 13,870.48 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                                      , Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **V453051**<br><br>**Rush University Medical Center**<br>**1653 W. Congress Parkway**<br>**Chicago, IL 60612** | | - | Medical Services | | | | 127.40 |
| Account No.<br><br>**Ryan Harris**<br>**9 Townsquare Blvd.**<br>**Columbiana, OH 44408** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 750.00 |
| Account No.<br><br>**Sargents Equipment & Repair Service**<br>**P.O. Box 2387**<br>**Palatine, IL 60067** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 555.09 |
| Account No. **DEG4**<br><br>**Schoenberg Finkel Newman**<br>**222 South Riverside Plaza**<br>**Suite 2100**<br>**Chicago, IL 60606** | | - | Professional Services | | | | 285.44 |
| Account No.<br><br>**Secretary of State**<br>**213 State Capitol**<br>**Springfield, IL 62756** | X | - | Fees (Contingent Corporate Obligation) | X | | | 500.00 |

Sheet no. __32__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 2,217.93 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                    ,       Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Contingent Corporate Obligation | | | | |
| **Sign Options** **2996 S Archer Ave** **Chicago, IL 60608** | X | - | | | | X | | 160.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Smyth Accounting & Financial** **977 Elm Ct.** **Naperville, IL 60540** | X | - | | | X | | | 9,475.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Southside Fuel Center Plus, Inc** **970 West Pershing** **Chicago, IL 60609** | X | - | | | X | | | 21,757.44 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Southside Fuel Center Plus, Inc** **970 West Pershing** **Chicago, IL 60609** | | - | | | X | | | 2,824.85 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Stahl Cowen Crowley LLC** **55 West Monroe Street** **Suite 1200** **Chicago, IL 60603** | X | - | | | X | | | 5,642.75 |

Sheet no. __33__ of __38__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)         39,860.04

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                                                    ,         Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Staples**<br>**Dept.00-05063938**<br>**The Lakes, NV 88901-6721** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 603.20 |
| Account No.<br><br>**State Farm**<br>**P.O. Box 680001**<br>**Dallas, TX 75368** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,290.00 |
| Account No.<br><br>**Stealth Security**<br>**736 Burnham Avenue**<br>**Calumet City, IL 60409** | | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 197.88 |
| Account No.<br><br>**Stepp Equipment**<br>**5400 Stepp Drive**<br>**Summit Argo, IL 60501** | | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,739.13 |
| Account No. 13840112<br><br>**Target National Bank**<br>**PO Box 59317**<br>**Minneapolis, MN 55459** | | - | **Goods and Services** | | | | 1,355.61 |

| Sheet no. __34__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 5,185.82 |
|---|---|---|

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Technology Insurance Company** P.O. Box 740042 Atlanta, GA 30374-0042 | X | - | | | X | | | |
| | | | | | | | | 1,162.00 |
| Account No. | | | | Breach of Contract   (Contingent Corporate Obligation)  09 cv 4491 | | | | |
| **Terrence J Hancock** c/o DOWD, BLOCH & BENNETT 8 South Michigan Avenue, 19th Floor Chicago, IL 60603 | | - | | | X | | X | |
| | | | | | | | | 16,829.97 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **The Dust Connection** 42358 46th Street Lawrence, MI 49064 | X | - | | | X | | | |
| | | | | | | | | 1,410.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **The Security Professionals, Inc.** 5650 S. Archer Avenue Chicago, IL 60638 | X | - | | | | | | |
| | | | | | | | | 1,500.16 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Thoesen Tractor & Equipment Co** 3142 Lincoln Highway Chicago Heights, IL 60411-7728 | X | - | | | X | | | |
| | | | | | | | | 37,846.94 |

Sheet no. __35__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    58,749.07

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                          ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Thompson Rental**<br>**21 W 550 North Ave**<br>**Lombard, IL 60148** | X | - | | | X | | | |
| | | | | | | | | 1,783.40 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Total Alpha Enviromental**<br>**5 Pembroke Ct.**<br>**Bloomingdale, IL 60108** | X | - | | | X | | | |
| | | | | | | | | 1,000.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Truck Tire Sales, Inc.**<br>**426 West Pershing Road**<br>**Chicago, IL 60609** | | - | | | X | | | |
| | | | | | | | | 1,283.46 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **United Rent-A-Fence**<br>**1213 Capitol Dr. #6**<br>**Addison, IL 60101** | X | - | | | X | | | |
| | | | | | | | | 296.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Vacant Property Security**<br>**329 West 18th Street, Suite 714**<br>**Chicago, IL 60616** | | - | | | X | | | |
| | | | | | | | | 742.50 |

Sheet no. __36__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,105.36

B6F (Official Form 6F) (12/07) - Cont.

In re   **Angela DeGrazia**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Vacant Property Security** **329 West 18th Street, Suite 714** **Chicago, IL 60616** | | - | | X | | | 1,653.60 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Verizon Wireless** **P.O. Box 25505** **Lehigh Valley, PA 18002-5505** | X | - | | X | | | 561.03 |
| Account No. | | | Debt Service on equipment (Contingent Corporate Obligation) | | | | |
| **Volvo Financial Services** **P.O.Box 7247-0236** **Philadelphia, PA 19170-0236** | | - | | | | | 7,088.10 |
| Account No. | | | Lawsuit- Breach of Contract   10 L 004786 | | | | |
| **Volvo Financial Services** **c/o ULMER & BERNE LLP** **500 W MADISON #3600** **Chicago, IL 60661** | | - | | | X | X | 83,576.12 |
| Account No. | | | Fees (Contingent Corporate Obligation) | | | | |
| **Wight Construction** **2500 North Frontage Road** **Darien, IL 60561** | X | - | | X | | | 25.00 |

| | | |
|---|---|---|
| Sheet no. __37__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 92,903.85 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela DeGrazia**                                                          ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **William Burns** <br> **5256 S Paulina** <br> **Chicago, IL 60609** | | - | **Reinbursement (Contingent Corporate Obligation)** | X | | | 1,150.07 |
| Account No. <br><br> **Windy City Heavy Equipment** <br> **12500 S. Cicero Ave.** <br> **Alsip, IL 60803** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,798.30 |
| Account No.  3980 <br><br> **Windy City Silkscreening** <br> **2715 S. Archer Ave.** <br> **Chicago, IL 60608** | X | - | **01/28/10** <br> **Goods and Services** | | | | 180.00 |
| Account No. <br><br> **Wisco** <br> **PO Box 88666** <br> **Chicago, IL 60680-1666** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,358.59 |
| Account No. <br><br> **Zimmerman Trucking & Excavating** <br> **4603 Hedge Road** <br> **Roxana, IL 62084** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,698.75 |

| | |
|---|---|
| Sheet no. __38__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page)    **6,185.71** |
| | Total <br> (Report on Summary of Schedules)    **2,752,128.96** |

B6G (Official Form 6G) (12/07)

.

In re   **Angela DeGrazia**                                                                    ,        Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Angela DeGrazia**                           ,       Case No. _____

                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Kuhn Equipment**<br>**1050 Drop Off Drive**<br>**Summerville, SC 29483** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Kuhn Equipment Sales Co, Inc**<br>**c/o EMALFARB SWAN & BAIN**<br>**440 CENTRAL AV.**<br>**Highland Park, IL 60035** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Metro Fence Company**<br>**3617 West 83rd Street**<br>**Chicago, IL 60652** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **NAI Hiffman**<br>**Attention: Douglas Mueller**<br>**One Oakbrook Terrace, Suite 600**<br>**Oak Brook Terrace, IL 60181** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Total Alpha Enviromental**<br>**5 Pembroke Ct.**<br>**Bloomingdale, IL 60108** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **DeBat Media**<br>**P.O. Box 578309**<br>**Chicago, IL 60657-8309** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Master Fence**<br>**3745 Cooper Place**<br>**Crete, IL 60417** |
| **969 Land LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Extreme Guard & K-9 Security, Inc.**<br>**2925 225th Street**<br>**Chicago Heights, IL 60411** |
| **ACME Refining Company**<br>**3357 S. Justice**<br>**Chicago, IL 60608** | **Abatement Management, Inc**<br>**6990 State Route 111**<br>**South Roxana, IL 62087** |
| **AGM Holdings, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Green Investment Group, Inc**<br>**c/o Edward Eshoo**<br>**500 N Dearborn Ste 1200**<br>**Chicago, IL 60654** |

**9**
____ continuation sheets attached to Schedule of Codebtors

In re    **Angela DeGrazia**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alton Recovery LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Abatement Management, Inc**<br>**6990 State Route 111**<br>**South Roxana, IL 62087** |
| **Angela's Italian Beef, Inc**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Maestranzi Brothers Cutlery**<br>**4715 N. Ronald St**<br>**Harwood Heights, IL 60706** |
| **Angela's Italian Beef, Inc.**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Empire Cooler Services, Inc.**<br>**940 W. Chicago Ave.**<br>**Chicago, IL 60622** |
| **Angela's Italian Beef, Inc.**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **Angela's Italian Beef, Inc.**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Moestranzi Brothers**<br>**4715 N. Ronald St.**<br>**Harwood Heights, IL 60706** |
| **Angela's Italian Beef, Inc.**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Sign Options**☐☐<br>**2996 S Archer Ave**<br>**Chicago, IL 60608** |
| **Angela's Italian Beef, Inc.**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Angela's Italian Beef, Inc.**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Windy City Silkscreening**<br>**2715 S. Archer Ave.**<br>**Chicago, IL 60608** |
| **Angela's Italian Beef, Inc.**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Christ Panos Foods**<br>**817 W 21st Street**<br>**Chicago, IL 60608** |
| **Angela's Italian Beef, Inc.**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Convention Center Drive, LLC**<br>**600 W. Jackson Street**<br>**Suite 275**<br>**Chicago, IL 60661** |
| **Angela's Italian Beef, Inc.**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** |
| **Angela's Italian Beef, Inc.**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Gonnella Baking Co.**<br>**c/o Mages & Price**<br>**707 Lake Cook Road, Suite 314**<br>**Deerfield, IL 60015** |

Sheet __1__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re   **Angela DeGrazia**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Angela's Italian Beef, Inc.**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Department of Business Affairs**<br>**City Hall, Rm 800**<br>**121 N. LaSalle**<br>**Chicago, IL 60602** |
| **Angela's Italian Beef, Inc.**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60602** |
| **Anthony DeGrazia**<br>**523 West 25th Place**<br>**Chicago, IL 60616** | **Belmont Bank**<br>**c/o Gomberg & Sharfman Ltd.**<br>**208 S. LaSalle**<br>**Chicago, IL 60604** |
| **Anthony DeGrazia**<br>**523 West 25th Place**<br>**Chicago, IL 60616** | **PFS Wright LLC**<br>**Stahl's Fund, Attn: Jeffrey J Stahl**<br>**55 W. Monroe St, Ste. 1200**<br>**Chicago, IL 60603** |
| **Anthony DeGrazia**<br>**523 West 25th Place**<br>**Chicago, IL 60616** | **CitiMortgage**<br>**c/o Codilis & Associates, P.C.**<br>**15 W. 030 North Frontage Rd, Ste 10**<br>**Willowbrook, IL 60527** |
| **Antonetta Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Laborer's Pension Fund**<br>**c/o Office of Fund Counsel**<br>**111 West Jackson Blvd. #1415**<br>**Chicago, IL 60604** |
| **Antonetta Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Belmont Bank**<br>**c/o Gomberg & Sharfman Ltd.**<br>**208 S. LaSalle**<br>**Chicago, IL 60604** |
| **Antonetta Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **PFS Wright LLC**<br>**Stahl's Fund, Attn: Jeffrey J Stahl**<br>**55 W. Monroe St, Ste. 1200**<br>**Chicago, IL 60603** |
| **ARM Leasing**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Caterpillar Financial Services Corp**<br>**P.O. Box 730669**<br>**Dallas, TX 75373-0669** |
| **ARM Leasing**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Belmont Bank**<br>**c/o Gomberg & Sharfman Ltd.**<br>**208 S. LaSalle**<br>**Chicago, IL 60604** |

Sheet __**2**__ of __**9**__ continuation sheets attached to the Schedule of Codebtors

In re   **Angela DeGrazia**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **PFS Wright LLC**<br>**Stahl's Fund, Attn: Jeffrey J Stahl**<br>**55 W. Monroe St, Ste. 1200**<br>**Chicago, IL 60603** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **CitiMortgage**<br>**c/o Codilis & Associates, P.C.**<br>**15 W. 030 North Frontage Rd, Ste 10**<br>**Willowbrook, IL 60527** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Abatement Management, Inc**<br>**6990 State Route 111**<br>**South Roxana, IL 62087** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Accurate Computer Consulting, Inc.**<br>**1 Old Oak Trail**<br>**Palos Heights, IL 60463** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AEW**<br>**558 W 37th St. PMB 300**<br>**Chicago, IL 60609** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Airgas Mid America**<br>**PO Box 802615**<br>**Chicago, IL 60680-2615** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alliance Environmental Control**<br>**P.O. Box 5230**<br>**Chicago, IL 60616** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **American Truck Products & Asses.**<br>**P.O. Box 701**<br>**Chicago Heights, IL 60412** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Amerisafe**<br>**3990 Enterprise Court**<br>**Aurora, IL 60504** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Amor Perez**<br>**9419 Southmoor Ave Apt. 17**<br>**Highland, IN 46322** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **B & R Welding Company**<br>**375 E. 60th Street**<br>**Chicago, IL 60637** |

Sheet __3__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re    **Angela DeGrazia**                                                                    ,        Case No. _____
                                           Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Barbaro Construction Co., Inc.**<br>**2453 S. Archer., Suite C**<br>**Chicago, IL 60616** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Chicago Carpet Center, Inc.**<br>**1550 W. PERSHING ROAD**<br>**P. O. BOX 09730**<br>**Chicago, IL 60608** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Chicago Messenger Service**<br>**1600 S. Ashland Ave.**<br>**Chicago, IL 60608-2013** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Commraider**<br>**c/o ADLER ARTHUR B & ASSOC**<br>**25 E WASHINGTON #500**<br>**Chicago, IL 60602** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Contractors Access Equipment**<br>**2222 South Halsted St.**<br>**Chicago, IL 60608** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **D&M Rolloff Inc.**<br>**P.O. Box 95335**<br>**Palatine, IL 60095** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Exodus**<br>**6659 Sturbridge PL.**<br>**Youngstown, OH 44514** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Frontier Hauling LLC**<br>**P.O. Box 190815**<br>**Saint Louis, MO 63119** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Genesis Attachments, LLC**<br>**24124 Network Place**<br>**Chicago, IL 60673** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Great Lakes Equipment Co.**<br>**P.O. Box 1331**<br>**Elmhurst, IL 60126-8331** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Helders Motor Service Co.**<br>**3201 S. Kostner Ave**<br>**Chicago, IL 60623** |

Sheet __4__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re  **Angela DeGrazia**                                    ,  Case No. _____

_____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Hertz Equipment Rental Corporation**<br>**P.O. Box 650280**<br>**Dallas, TX 75265-0280** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Hertz Equipment Rental Corporation**<br>**P.O. Box 650280**<br>**Dallas, TX 75265-0280** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Holiday Inn**<br>**3800 Homer Adams Parkway**<br>**Alton, IL 62002** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Hydraulic Design & Repair**<br>**110 S. Broad Street**<br>**Griffith, IN 46319** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ice Mountain**<br>**P.O. Box 52214**<br>**Phoenix, AZ 85072-2214** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Illinois American Water**<br>**PO Box 94551**<br>**Palatine, IL 60094-4551** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ilmo Products Company**<br>**PO Box 790**<br>**Jacksonville, IL 62651-0790** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **J.L. Nash Enterprises Inc.**<br>**PO Box 130**<br>**Jerseyville, IL 62052** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **John Heating Inc.**<br>**2940 S Wentworth**<br>**Chicago, IL 60616** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Kostova Properties**<br>**3224 Locust #555**<br>**Saint Louis, MO 63103** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Kuhn Equipment**<br>**1050 Drop Off Drive**<br>**Summerville, SC 29483** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Kuhn Equipment Sales Co, Inc**<br>**c/o EMALFARB SWAN & BAIN**<br>**440 CENTRAL AV.**<br>**Highland Park, IL 60035** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Laborer's Pension Fund**<br>**c/o Office of Fund Counsel**<br>**111 West Jackson Blvd. #1415**<br>**Chicago, IL 60604** |

Sheet  __5__  of  __9__  continuation sheets attached to the Schedule of Codebtors

In re    **Angela DeGrazia**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Landstar Inway, Inc.**<br>**12793 Collections Ctr Dr**<br>**Chicago, IL 60693** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Lee Mechanical Contractors**<br>**P.O. Box 663**<br>**Park Hills, MO 63601** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Local 150:Pension, Welfare & Fringe**<br>**6200 Joliet Road**<br>**Countryside, IL 60525** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Local 520:Pension, Welfare & Fringe**<br>**520 Engineers Road**<br>**Granite City, IL 62040** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Lou-Bob Oil Company**<br>**c/o POPUCH STEVEN L**<br>**650 N DEARBORN#750**<br>**Chicago, IL 60610** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **McAllister Equipment Co.**<br>**12500 S Cicero Ave**<br>**Alsip, IL 60803** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Midwest Material Mgt**<br>**566 Rock Road Drive, Unit 1**<br>**Dundee, IL 60118** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Morningfields**<br>**800 W Devon**<br>**Park Ridge, IL 60068** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **NCCI- Illinois**<br>**1374 Vos Court**<br>**Antioch, IL 60002-2746** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Osco Fuel**<br>**P.O. box 70**<br>**Lemont, IL 60439-0070** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Patten Industries**<br>**635 W Lake Street**<br>**Elmhurst, IL 60126-1465** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Paul Woznicki, L.L.C.**<br>**221 N. LaSalle Street, 38th Floor**<br>**Chicago, IL 60601** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Pirtek**<br>**1916 Woodson Road**<br>**Saint Louis, MO 63114** |

Sheet __**6**__ of __**9**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

In re    **Angela DeGrazia**                                                          ,    Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Pit Stop**<br>**2351 Powis Road**<br>**West Chicago, IL 60185** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Pitney Bowes**<br>**Equipment Lease-Mail Machines**<br>**PO Box 856390**<br>**Louisville, KY 40285** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Premium Trust Acct.**<br>**P.O. Box 740042**<br>**Atlanta, GA 30374-0042** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Professional Ins. Services**<br>**3525 W. Peterson Ave Ste 601**<br>**Chicago, IL 60659-9954** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Progressive Insurance**<br>**PO Box 30108**<br>**Tampa, FL 33630-3108** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Purchase Power**<br>**PO BOX 856042**<br>**Louisville, KY 40285-6042** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Rapid Recovery -CHI**<br>**8971 W. Bloomfield Road**<br>**Peoria, AZ 85381** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Rex Radiator**<br>**1440 West 38th Street**<br>**Chicago, IL 60609-2114** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ricoh Americas Corporation**<br>**Lease Administration**<br>**1000 Omega Dr Ste 1170**<br>**Pittsburgh, PA 15250-7992** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Roland Machinery Co.**<br>**NW 7899, P.O. Box 1450**<br>**Minneapolis, MN 55485-7899** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Rose Pest Solutions**<br>**1809 W. North Ave**<br>**Chicago, IL 60622-1307** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **RSI Recyling Systems, Inc.**<br>**3152 S California**<br>**Chicago, IL 60609** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ryan Harris**<br>**9 Townsquare Blvd.**<br>**Columbiana, OH 44408** |

Sheet __7__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re   **Angela DeGrazia**                                          ,      Case No. _____
                                   Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Sargents Equipment & Repair Service**<br>**P.O. Box 2387**<br>**Palatine, IL 60067** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Secretary of State**<br>**213 State Capitol**<br>**Springfield, IL 62756** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Southside Fuel Center Plus, Inc**<br>**970 West Pershing**<br>**Chicago, IL 60609** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Stahl Cowen Crowley LLC**<br>**55 West Monroe Street**<br>**Suite 1200**<br>**Chicago, IL 60603** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Staples**<br>**Dept.00-05063938**<br>**The Lakes, NV 88901-6721** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **State Farm**<br>**P.O. Box 680001**<br>**Dallas, TX 75368** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Technology Insurance Company**<br>**P.O. Box 740042**<br>**Atlanta, GA 30374-0042** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Security Professionals, Inc.**<br>**5650 S. Archer Avenue**<br>**Chicago, IL 60638** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Thoesen Tractor & Equipment Co**<br>**3142 Lincoln Highway**<br>**Chicago Heights, IL 60411-7728** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Thompson Rental**<br>**21 W 550 North Ave**<br>**Lombard, IL 60148** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **United Rent-A-Fence**<br>**1213 Capitol Dr. #6**<br>**Addison, IL 60101** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002-5505** |

Sheet __8__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re    **Angela DeGrazia**                                                                     ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Wight Construction**<br>**2500 North Frontage Road**<br>**Darien, IL 60561** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Windy City Heavy Equipment**<br>**12500 S. Cicero Ave.**<br>**Alsip, IL 60803** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Wisco**<br>**PO Box 88666**<br>**Chicago, IL 60680-1666** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Zimmerman Trucking & Excavating**<br>**4603 Hedge Road**<br>**Roxana, IL 62084** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Acton Mobile Industries**<br>**P.O. Box 758689**<br>**Baltimore, MD 21275-8689** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Office of Circuit Court Clerk**<br>**Judicial Office Facility**<br>**505 County Farm Road**<br>**Wheaton, IL 60187** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Eddie's Welding Equipment**<br>**2719 Fifth Street, Unit J**<br>**Stafford, TX 77477** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Everlights**<br>**231267 Momentum Place**<br>**Chicago, IL 60689-5311** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **CitiMortgage**<br>**c/o Codilis & Associates, P.C.**<br>**15 W. 030 North Frontage Rd, Ste 10**<br>**Willowbrook, IL 60527** |

Sheet __9__ of __9__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   Angela DeGrazia                                                    Case No. _____
                            Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Daughter | AGE(S):<br>11 months<br>6 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Manager | Realtor |
| Name of Employer | AGM Management, Inc. | Unemployed |
| How long employed | 2 years | |
| Address of Employer | 1300 W. Exchange<br>Chicago, IL 60609 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 1,167.48 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| | | | | |
| 3. SUBTOTAL | $ | 1,167.48 | $ | 0.00 |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|     b. Insurance | $ | 0.00 | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,167.48 | $ | 0.00 |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 1,735.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,735.00 | $ | 0.00 |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,902.48 | $ | 0.00 |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 2,902.48 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  Angela DeGrazia                                                        Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,707.00 |
| a. Are real estate taxes included?          Yes ___          No  X | | |
| b. Is property insurance included?          Yes ___          No  X | | |
| 2. Utilities:        a. Electricity and heating fuel | $ | 300.00 |
|               b. Water and sewer | $ | 54.00 |
|               c. Telephone | $ | 100.00 |
|               d. Other  Cable (basic) | $ | 70.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | $ | 147.00 |
|               b. Life | $ | 0.00 |
|               c. Health | $ | 750.00 |
|               d. Auto | $ | 220.00 |
|               e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify)   Real Estate Taxes | $ | 550.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | $ | 1,082.00 |
|               b. Other | $ | 0.00 |
|               c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Preschool | $ | 320.00 |
|        Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,850.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

## 20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,902.48 |
| b.   Average monthly expenses from Line 18 above | $ | 6,850.00 |
| c.   Monthly net income (a. minus b.) | $ | -3,947.52 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Angela DeGrazia                                     Case No. _____

                                       Debtor(s)             Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_65\_\_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   February 13, 2012                      Signature    /s/ Angela DeGrazia _____

                                                               Angela DeGrazia
                                                               Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Angela DeGrazia                                                                      Case No.
                                                    Debtor(s)                  Chapter        7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $11,100.89 | 2011 YTD Wages |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $211.00 | 2009: Interest Income |
| $6,603.00 | 2009: Schedule E Income |

---

2

| AMOUNT | SOURCE |
|---|---|
| $3.00 | 2010: Interest Income |
| $2,964.00 | 2010: Schedule E Income |

---

**3. Payments to creditors**

None ■  *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Caterpillar Financial v ARM Leasing, Angela DeGrazia, Antonetta Passarelli, Michael Passarelli 11 L 050141 | Breach of Contract | Cook County, IL | Dismissed against Antonetta Passarelli & Angela DeGrazia |
| Belmont Bank v 51st Place Enterprises, LLC, Antonetta Passarelli, et al. 10 CH 28400 | Foreclosure | Cook County, IL | Pending |
| Commraider v RAM Management Services (Cont. Corp Obligation) 10 M1 131297 | Breach of Contract | Cook County, IL | UNKNOWN |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Creen Investment Group, Inc. v AGM Holdings, LLC, et al. (Cont. Corp Obligation) 10 L 00850 | Breach of Contract | Cook County, IL | Pending *($50,001.00) |
| Kuhn Equipment Sales Co., Inc. v 51st Place Enterprises, Antonetta Passarelli 10 CH 28883 | Mechanic Lien ($649,333.36) | Cook County, IL | Unknown |
| Laborer's Pension Fund et al. v RAM Management, et al 09 cv 5081 | Breach of Contract | U.S. District Court, Northern District of Illinois, Eastern Division | Judgment ($28,976.24) |
| Laughill Construction, Inc. v 969 Land LLC, et al. (Cont. Corp Obligation) 09 CH 13716 | Mechanic Lien | Cook County, IL | Unknown |
| LOU-BOB Oil Company v RAM Management Services LLC, et al. (Cont. Corp Obligation) 09 M1 108181 | Breach of Contract | Cook County, IL | Judgment ($4,255.75) |
| City of Chicago v. Michael Passarelli, Antonetta Passarelli BSW 0305948 | Collection | Cook County, IL | Judgment ($1,070.45) |
| Abatement Management, Inc v RMR Group, Inc, RAM Wrecking (Cont. Corp Obligation) 09 CH 91 | Unknown | Madison County, IL | Pending |
| Midwest Operating Engineers Welfare Fund, et al. v RAM Management Services, LLC and Titan Wrecking & Environmental, LLC | Breach of Contract | United States District Court Northern District of Illinois Eastern Division | Pending |
| Citimortgage, Inc. v Angela DeGrazia 10 CH 007004 | Foreclosure | Cook County, IL | Pending |
| Patten Industries, Inc. v Arm Leasing, LLC 10 AR 1502 | Breach of Contract | DuPage County, IL | Pending |
| Empire Cooler Service, Inc. v. Angela DeGrazia 11 M3 1352 | Breach of Contract | Cook County, IL 3rd District | Pending |
| Cranberry Crossing Village Assoc., Inc. v. Angela DeGrazia 11-598-CC | Foreclosure | County Court of Collier County, Florida | Pending |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CitiMortgage, Inc. c/o Codillis and Associates 15W030N Frontage Road, Suite 100 Burr Ridge, IL 60527 | June 21, 2010 | 974 W. 35th Place, Unit 505 Chicago, IL |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Golan & Christie LLP<br>70 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | January 2012, Anthony F. DeGrazia (Husband) | $2,499.00 |

### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| SSP Holdings, LLC | 26-2796547 | 1300 W Exchange Chicago, IL 60609 | Holding Company | 06/31/2008-2011 |
| SSP Management, Inc | 26-2796699 | 1300 W Exchange Chicago, IL 60609 | Management Company | 06/10/08-2011 |
| RAM Mgmt. Service LLC f/k/a Titan | 06-2910645 | Wrecking Environmental LLC 1300 W Exchange Chicago, IL 60609 | Contruction/Real Estate Management Company | 06/28/2008-2010 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| ARM Leasing, LLC | 26-2910678 | 1300 W. Exchange Chicago, IL 60609 | Equipment Leasing Company | 06/26/2008-2009 |
| AGM Management, Inc. | 26-2910323 | 1300 W. Exchange Chicago, IL 60609 | Construction/Real Estate Management Company | 06/25/2008-2011 |
| AGM Holdings, LLC | 32-0257191 | 1300 W. Exchange Chicago, IL 60609 | Holding Company | 08/07/2008-2011 |

None
■
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                            ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐
   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                  DATES SERVICES RENDERED
Deb Smyth                                          Bookkeeper, 2004-Present
977 Elm Court
Naperville, IL 60540

Scalise & Associates, Ltd.                                Accountant, 2007-Present
3841 S. Emerald
Chicago, IL 60609

None
■
   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                           DATES SERVICES RENDERED

None
■
   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                            ADDRESS

None
■
   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

### 20. Inventories

None  ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None  ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None  ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None  ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

### 22 . Former partners, officers, directors and shareholders

None  ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None  ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23 . Withdrawals from a partnership or distributions by a corporation

None  ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

None  ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  February 13, 2012                          Signature    /s/ Angela DeGrazia
                                                              Angela DeGrazia
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Angela DeGrazia                                     Case No.
_____              Chapter    7
                          Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>Ally Financial | **Describe Property Securing Debt:**<br>2008 GMC Yukon |
|---|---|

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt              ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>BAC Home Loans Servicing, LP | **Describe Property Securing Debt:**<br>Condominium<br>807 W. 37th Place<br>Unit 2<br>Chicago, IL 60609 |
|---|---|

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt              ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                           Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Bridgeview Bank Group | **Describe Property Securing Debt:**<br>Single Family Dwelling<br>523 W. 25th Place<br>Chicago, IL 60616 |

Property will be (check one):
- ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                                   ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Chase Home Finance | **Describe Property Securing Debt:**<br>Single Family Dwelling<br>523 W. 25th Place<br>Chicago, IL 60616 |

Property will be (check one):
- ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                                   ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>PennyMac | **Describe Property Securing Debt:**<br>Condominium<br>9012 Cherry Oaks Trail<br>Naples, FL |

Property will be (check one):
 ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                              ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   February 13, 2012 _____          Signature   /s/ Angela DeGrazia _____
                                                                                         Angela DeGrazia
                                                                                         Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  Angela DeGrazia

Debtor(s)

Case No.

Chapter  7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,499.00 |
| Prior to the filing of this statement I have received | $ | 2,499.00 |
| Balance Due | $ | 0.00 |

2.  $  306.00  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    Anthony F. DeGrazia (Husband)

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  February 13, 2012

/s/ Robert R. Benjamin
Robert R. Benjamin
Golan & Christie LLP
70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300  Fax: (312) 263-0939
rrbenjamin@golanchristie.com

---

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Angela DeGrazia                      Case No. _____

                                Debtor(s)        Chapter   7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Angela DeGrazia                X   /s/ Angela DeGrazia         February 13, 2012

Printed Name(s) of Debtor(s)             Signature of Debtor         Date

Case No. (if known) _____     X _____

                                    Signature of Joint Debtor (if any)     Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  Angela DeGrazia

                                     Debtor(s)

Case No.

Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:               204

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  February 13, 2012           /s/ Angela DeGrazia

                                               Angela DeGrazia
                                               Signature of Debtor

.

51st Place Enterprises, LLC
1300 W. Exchange
Chicago, IL 60609


969 Land LLC
1300 W. Exchange
Chicago, IL 60609


974 Condominium Association
c/o Michelle Stephens, President
974 W. 35th Place, Unit 303
Chicago, IL 60616


974 Condominium Association
c/o Kovitz, Shifrin, Nesbit
750 Lake Cook Rd, Suite 350
Buffalo Grove, IL 60089


Abatement Management, Inc
6990 State Route 111
South Roxana, IL 62087


Accord Creditor Services, LLC
PO Box 10002
Newnan, GA 30271


Accurate Computer Consulting, Inc.
1 Old Oak Trail
Palos Heights, IL 60463


ACME Refining Company
3357 S. Justice
Chicago, IL 60608


Acton Mobile Industries
P.O. Box 758689
Baltimore, MD 21275-8689


AEW
558 W 37th St. PMB 300
Chicago, IL 60609


AGM Holdings, LLC
1300 W. Exchange
Chicago, IL 60609

Airgas Mid America
PO Box 802615
Chicago, IL 60680-2615


Al Warren Oil Co.
P.O. Box 40
Summit Argo, IL 60501


Alliance Environmental Control
P.O. Box 5230
Chicago, IL 60616


Ally Financial
P.O. Box 380902
Bloomington, MN 55438


Alpha Baking Company
36230 Treasury Center
Chicago, IL 60694


Alpha Environmental
5 Pembroke Circle
Streamwood, IL 60107


Alton Recovery LLC
1300 W. Exchange
Chicago, IL 60609


American Truck Products & Asses.
P.O. Box 701
Chicago Heights, IL 60412


Amerisafe
3990 Enterprise Court
Aurora, IL 60504


Amor Perez
9419 Southmoor Ave Apt. 17
Highland, IN 46322


Angela's Italian Beef, Inc
1300 W. Exchange
Chicago, IL 60609

Angela's Italian Beef, Inc.
1300 W. Exchange
Chicago, IL 60609


Anthony DeGrazia
523 West 25th Place
Chicago, IL 60616


Antonetta Passarelli
256 W. 33rd Street
Chicago, IL 60616


ARM Leasing
1300 W. Exchange
Chicago, IL 60609


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


AT&T
PO Box 8100
Aurora, IL 60507-8100


B & H Industries
80 W. Seegers Rd.
Arlington Heights, IL 60005


B & R Welding Company
375 E. 60th Street
Chicago, IL 60637


BAC Home Loans Servicing, LP
P.O. Box 5170650225
Simi Valley, CA 93062


Bank of America
Customer Service
P.O. Box 5170
Simi Valley, CA 93062-5170


Barbaro Construction Co., Inc.
2453 S. Archer., Suite C
Chicago, IL 60616

Belmont Bank
c/o Gomberg & Sharfman Ltd.
208 S. LaSalle
Chicago, IL 60604


Bridgeview Bank Group
4753 N. Broadway
Chicago, IL 60640


Caterpillar Financial Services Corp
P.O. Box 730669
Dallas, TX 75373-0669


Caterpillar Financial Services Corp
2120 West End Ave
P.O. Box 340001
Nashville, TN 37203-0001


CBCS
P.O. Box 163250
Columbus, OH 43216-3250


Chapnick Community Association Law
100 E Linton Blvd
Ste 502-B
Delray Beach, FL 33483


Chase
Cardmember Service
PO Box 15298
Wilmington, DE 19850-5298


Chase Card Service
P.O. Box 659409
San Antonio, TX 78265


Chase Home Finance
P.O. Box 24696
Columbus, OH 43224


Chase Home Finance LLC
c/o FANDRE SCOTT J
171 N CLARK ST
Chicago, IL 60601

Chicago Carpet Center, Inc.
1550 W. PERSHING ROAD
P. O. BOX 09730
Chicago, IL 60608


Chicago Community Bank
c/o MARTIN & KARCAZES LTD
161 N.CLARK ST. SUITE 550
Chicago, IL 60601


Chicago Community Bank
c/o  MARTIN & KARCAZES LTD
161 N.CLARK ST. SUITE 550
Chicago, IL 60601


Chicago Messenger Service
1600 S. Ashland Ave.
Chicago, IL 60608-2013


Christ Panos Foods
817 W 21st Street
Chicago, IL 60608


CitiMortgage
c/o Codilis & Associates, P.C.
15 W. 030 North Frontage Rd, Ste 10
Willowbrook, IL 60527


CitiMortgage, Inc.
c/o Codillis and Associates
15W030N Frontage Road, Suite 100
Burr Ridge, IL 60527


City of Chicago
Department of Revenue
121 North LaSalle St. Room 107
Chicago, IL 60602


City of Chicago
Business Affairs
121 North LaSalle St. Room 800
Chicago, IL 60602

City of Chicago
Department of Buildings
120 North Rachine Ave
Chicago, IL 60607


City of Chicago- Water Management
333 S State Street
Customer Service, Suite LL10
Chicago, IL 60602


Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-4047


Club & Spa @ Fiddler's Creek
3470 Club Center Blvd
Naples, FL 34114


Collier County
Public Utilities Division
4420 Mercantile Ave
Naples, FL 34104


Collier County Taxing Authorities
3950 Radio Road
Naples, FL 34104-3750


Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6111


Commonwealth Edison Company
c/o COMMONWEALTH EDISON CLAIM
THREE LINCOLN CENTER
Villa Park, IL 60181


CommRaider
9701 S. Keen Ave
Palos Hills, IL 60465


Commraider
c/o ADLER ARTHUR B & ASSOC
25 E WASHINGTON #500
Chicago, IL 60602

Continental Disposal, LLC
1300 W. Exchange
Chicago, IL 60609


Contractors Access Equipment
2222 South Halsted St.
Chicago, IL 60608


Convention Center Drive, LLC
600 W. Jackson Street
Suite 275
Chicago, IL 60661


Convention Center Drive, LLC
c/o Mark IV Realty Group
600 W Jackson, Ste 275
Chicago, IL 60661


Cook County Treasurer
118 N Clark St # 112
Chicago, IL 60602


Cranberry Crossing Village Assoc.
c/o Cardinal Management Group, Inc
4670 Cardinal Way, Ste 302
Naples, FL 34112


D&M Rolloff Inc.
P.O. Box 95335
Palatine, IL 60095


David O'Connor
1427 East 60th Street
Chicago, IL 60637


DeBat Media
P.O. Box 578309
Chicago, IL 60657-8309


Department of Business Affairs
City Hall, Rm 800
121 N. LaSalle
Chicago, IL 60602

Eddie's Welding Equipment
2719 Fifth Street, Unit J
Stafford, TX 77477


Empire Cooler Services, Inc.
940 W. Chicago Ave.
Chicago, IL 60622


Eugene Pergament MD
680 N. Lake Shore Drive
STE 1230
Chicago, IL 60611


Everlights
231267 Momentum Place
Chicago, IL 60689-5311


Exodus
6659 Sturbridge PL.
Youngstown, OH 44514


Extreme Guard & K-9 Security, Inc.
2925 225th Street
Chicago Heights, IL 60411


Fiddler's Creek Foundation, Inc.
3470 Club Center Blvd
Naples, FL 34114


First Insurance Funding
8075 Innovation Way
Chicago, IL 60682


Frontier Hauling LLC
P.O. Box 190815
Saint Louis, MO 63119


Genesis Attachments LLC
24124 Network Place
Chicago, IL 60673-1241


Genesis Attachments, LLC
24124 Network Place
Chicago, IL 60673

Genzyme Genetics
3400 Computer Drive
Westborough, MA 01581


Genzyme Genetics
833 Chestnut East
Suite 1250
Philadelphia, PA 19107


Gomberg, Sharfman, Gold & Ostler
208 S. LaSalle St.
Suite 1410
Chicago, IL 60604


Gonnella
2008 W. Erier Street
Chicago, IL 60612


Gonnella Baking Co.
c/o Mages & Price
707 Lake Cook Road, Suite 314
Deerfield, IL 60015


Great Lakes Equipment Co.
P.O. Box 1331
Elmhurst, IL 60126-8331


Green Investment Group, Inc
c/o Edward Eshoo
500 N Dearborn Ste 1200
Chicago, IL 60654


Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Ste 1900
Chicago, IL 60654


Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Helders Motor Service Co.
3201 S. Kostner Ave
Chicago, IL 60623

Helson's Garage Door Store, Ltd.
5737 S. Harlem Ave
Chicago, IL 60638


Hertz Equipment Rental Corporation
P.O. Box 650280
Dallas, TX 75265-0280


Holiday Inn
3800 Homer Adams Parkway
Alton, IL 62002


Howard & Howard
200 South Michigan Ave, Suite 1100
Chicago, IL 60604-2404


Hydraulic Design & Repair
110 S. Broad Street
Griffith, IN 46319


IC System, Inc.
444 Highway 96 East
PO Box 64437
St Paul, MN 55614


Ice Mountain
P.O. Box 52214
Phoenix, AZ 85072-2214


ICS Collection


Illinois American Water
PO Box 94551
Palatine, IL 60094-4551


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Tollway
P.O. Box 5201
Lisle, IL 60532-5201

Ilmo Products Company
PO Box 790
Jacksonville, IL 62651-0790


Independant Recyling Services
Dept CH 17514
Palatine, IL 60055


Integrity Financial Partners, Inc.
4370 W. 109th Street, Suite 100
Leawood, KS 66211


J.C. Christensen & Associates, Inc.
P.O. Box 519
Sauk Rapids, MN 56379


J.L. Nash Enterprises Inc.
PO Box 130
Jerseyville, IL 62052


John Heating Inc.
2940 S Wentworth
Chicago, IL 60616


John's Heating, Inc
2940 S. Wentworth
Chicago, IL 60616-2715


Kostova Properties
3224 Locust #555
Saint Louis, MO 63103


Kuhn Equipment
1050 Drop Off Drive
Summerville, SC 29483


Kuhn Equipment Sales Co, Inc
c/o EMALFARB SWAN & BAIN
440 CENTRAL AV.
Highland Park, IL 60035


Laborer's Pension Fund
c/o Office of Fund Counsel
111 West Jackson Blvd. #1415
Chicago, IL 60604

Landstar Inway, Inc.
12793 Collections Ctr Dr
Chicago, IL 60693


Lee Mechanical Contractors
P.O. Box 663
Park Hills, MO 63601


Local 150
6200 Joliet Road
Countryside, IL 60525


Local 150:Pension, Welfare & Fringe
6200 Joliet Road
Countryside, IL 60525


Local 520:Pension, Welfare & Fringe
520 Engineers Road
Granite City, IL 62040


Lou-Bob Oil Company
c/o POPUCH STEVEN L
650 N DEARBORN#750
Chicago, IL 60610


LVNV Funding LLC
Resurgent Capital Services LP
15 South Main Street, Suite 600
Greenville, SC 29601


Macy's
P.O. Box 689195
Des Moines, IA 50368-9195


Macy's
P.O. Box 183083
Columbus, OH 43218-3083


Maestranzi Brothers Cutlery
4715 N. Ronald St
Harwood Heights, IL 60706


Master Fence
3745 Cooper Place
Crete, IL 60417

McAllister Equipment Co.
12500 S Cicero Ave
Alsip, IL 60803


Metro Fence Company
3617 West 83rd Street
Chicago, IL 60652


Michael Passarelli
256 W. 33rd Street
Chicago, IL 60616


Midwest Material Mgt
566 Rock Road Drive, Unit 1
Dundee, IL 60118


Moestranzi Brothers
4715 N. Ronald St.
Harwood Heights, IL 60706


Morningfields
800 W Devon
Park Ridge, IL 60068


NAI Hiffman
Attention: Douglas Mueller
One Oakbrook Terrace, Suite 600
Oak Brook Terrace, IL 60181


Nationwide Credit & Collection, Inc
815 Commerce Drive, Suite 1000
Oak Brook, IL 60523


NCCI- Illinois
1374 Vos Court
Antioch, IL 60002-2746


Neiman Marcus
P.O. Box 5235
Carol Stream, IL 60197-5235


Nordstom Bank
Colorado Service Center
P.O. Box 6555
Englewood, CO 80155-6555

```
Northwest Memorial Hospital
PO Box 73690
Chicago, IL 60673-7690


Northwest Memorial Hospital
PO Box 79690
Chicago, IL 60673


Office of Circuit Court Clerk
Judicial Office Facility
505 County Farm Road
Wheaton, IL 60187


Omni Credit Services of Florida
P.O. Box 31179
Tampa, FL 33631


Osco Fuel
P.O. box 70
Lemont, IL 60439-0070


Osco Incorporated
13351 Main Street
Lemont, IL 60439


Patten Industries
635 W Lake Street
Elmhurst, IL 60126-1465


Paul Woznicki, L.L.C.
221 N. LaSalle Street, 38th Floor
Chicago, IL 60601


Pediatric Faculty Foundation
2300 N Childrens Plz # 4
Chicago, IL 60614-3363


PennyMac
P.O. Box 514387
Los Angeles, CA 90051


Peoples Gas
Attn: Customer Service
130 East Randolph Drive
Chicago, IL 60601
```

PFS Wright LLC
Stahl's Fund, Attn: Jeffrey J Stahl
55 W. Monroe St, Ste. 1200
Chicago, IL 60603


Pierce & Associates
1 North Dearborn
Chicago, IL 60602


Pirtek
1916 Woodson Road
Saint Louis, MO 63114


Pit Stop
2351 Powis Road
West Chicago, IL 60185


Pitney Bowes
Equipment Lease-Mail Machines
PO Box 856390
Louisville, KY 40285


Plante & Moran, PLLC
225 W. Washington Street
Suite 2700
Chicago, IL 60606


Premium Trust Acct.
P.O. Box 740042
Atlanta, GA 30374-0042


Professional Ins. Services
3525 W. Peterson Ave Ste 601
Chicago, IL 60659-9954


Progressive Insurance
PO Box 30108
Tampa, FL 33630-3108


Purchase Power
PO BOX 856042
Louisville, KY 40285-6042

RAM Management Services
1300 W. Exchange
Chicago, IL 60609


Ramone L Davis
c/o KAVATHAS & CASTANES
33 N DEARBORN
Chicago, IL 60602


Rapid Recovery -CHI
8971 W. Bloomfield Road
Peoria, AZ 85381


Rex Radiator
1440 West 38th Street
Chicago, IL 60609-2114


Ricoh Americas Corporation
Lease Administration
1000 Omega Dr Ste 1170
Pittsburgh, PA 15250-7992


Roland Machinery Co.
NW 7899, P.O. Box 1450
Minneapolis, MN 55485-7899


Rose Pest Solutions
1809 W. North Ave
Chicago, IL 60622-1307


RSI Recyling Systems, Inc.
3152 S California
Chicago, IL 60609


Rudy Sabbagha
680 Lake Shore Drive, Suite 1430
Chicago, IL 60611


Rush University Medical Center
1653 W. Congress Parkway
Chicago, IL 60612


Ryan Harris
9 Townsquare Blvd.
Columbiana, OH 44408

RYD Law Group
1900 Spring Road
Suite 216
Oak Brook, IL 60523


Sargents Equipment & Repair Service
P.O. Box 2387
Palatine, IL 60067


Schoenberg Finkel Newman
222 South Riverside Plaza
Suite 2100
Chicago, IL 60606


Schwartz Wolf & Bernstein LLP
314 N McHenry Road
Buffalo Grove, IL 60089


Secretary of State
213 State Capitol
Springfield, IL 62756


Sign Options
2996 S Archer Ave
Chicago, IL 60608


Smyth Accounting & Financial
977 Elm Ct.
Naperville, IL 60540


Southside Fuel Center Plus, Inc
970 West Pershing
Chicago, IL 60609


Stahl Cowen Crowley LLC
55 West Monroe Street
Suite 1200
Chicago, IL 60603


Staples
Dept.00-05063938
The Lakes, NV 88901-6721

State Farm
P.O. Box 680001
Dallas, TX 75368


Stealth Security
736 Burnham Avenue
Calumet City, IL 60409


Stepp Equipment
5400 Stepp Drive
Summit Argo, IL 60501


Stevens Business Service
92 Bold Street, Ste 1
PO Box 1233
Lowell, MA 01853-1233


Stevens Business Services
94 Bolt Street, Suite 1
P.O. Box 1233
Lowell, MA 01853


Target National Bank
PO Box 59317
Minneapolis, MN 55459


Technology Insurance Company
P.O. Box 740042
Atlanta, GA 30374-0042


Terrence J Hancock
c/o DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603


The Dust Connection
42358 46th Street
Lawrence, MI 49064


The Security Professionals, Inc.
5650 S. Archer Avenue
Chicago, IL 60638

Thoesen Tractor & Equipment Co
3142 Lincoln Highway
Chicago Heights, IL 60411-7728


Thompson Rental
21 W 550 North Ave
Lombard, IL 60148


Total Alpha Enviromental
5 Pembroke Ct.
Bloomingdale, IL 60108


Truck Tire Sales, Inc.
426 West Pershing Road
Chicago, IL 60609


United Rent-A-Fence
1213 Capitol Dr. #6
Addison, IL 60101


Vacant Property Security
329 West 18th Street, Suite 714
Chicago, IL 60616


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Volvo Financial Services
P.O.Box 7247-0236
Philadelphia, PA 19170-0236


Volvo Financial Services
c/o ULMER & BERNE LLP
500 W MADISON #3600
Chicago, IL 60661


Wight Construction
2500 North Frontage Road
Darien, IL 60561


William Burns
5256 S Paulina
Chicago, IL 60609

Windy City Heavy Equipment
12500 S. Cicero Ave.
Alsip, IL 60803


Windy City Silkscreening
2715 S. Archer Ave.
Chicago, IL 60608


Wisco
PO Box 88666
Chicago, IL 60680-1666


Zimmerman Trucking & Excavating
4603 Hedge Road
Roxana, IL 62084